IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID REAVES,                  )
                               )
     Plaintiff,                )
                               )       CIVIL ACTION NO.
     v.                        )          2:15cv217-MHT
                               )              (WO)
ALABAMA DEPARTMENT OF          )
CORRECTIONS, et al.,           )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about his conditions of confinement. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2015.

                                /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE